PAUL M. WARNER, United States Attorney (#3389)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

FILED
CLERK, U.S. DISTRICT COURT
21 AUG 02 PM 6: 16
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH PAUL DURBOROW,<br><br>    Defendant. | 2:02CR 0499 PGC<br><br>INDICTMENT<br><br>VIOLATIONS of 18 U.S.C. §§ 2251(a) and 2252A(a)(2)(A)<br><br>Sexual Exploitation of Children; Receipt and Distribution of Child Pornography |

The Grand Jury charges:

COUNT I

On or about June of 1998, through June of 1999, in the Central Division of the District of Utah,

JOSEPH PAUL DURBOROW,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: Image #1, which visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce; all in violation of Title 18,

United States Code, Section 2251(a) and punishable pursuant to Title 18, United States Code, Section 2251(d).

### COUNT 2

On or about June of 1998, through June of 1999, in the Central Division of the District of Utah,

JOSEPH PAUL DURBOROW,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: Image #2, which visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) and punishable pursuant to Title 18, United States Code, Section 2251(d).

### COUNT 3

On or about June of 1998, through June of 1999, in the Central Division of the District of Utah,

JOSEPH PAUL DURBOROW,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: Image #3, which visual depiction was produced using materials that have been mailed, shipped, and transported

in interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) and punishable pursuant to Title 18, United States Code, Section 2251(d).

### COUNT 4

On or about June of 1998, through June of 1999, in the Central Division of the District of Utah,

JOSEPH PAUL DURBOROW,

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: Image #4, which visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) and punishable pursuant to Title 18, United States Code, Section 2251(d).

### COUNT 5

On or about June of 1998, through June of 1999, in the Central Division of the District of Utah, and elsewhere,

JOSEPH PAUL DURBOROW,

the defendant herein, did knowingly receive and distribute child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by

computer; All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
MICHELE M. CHRISTIANSEN
Assistant United States Attorney